# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | **Case No. 26-cr-94-1 (JEB)** |
| v. | : | |
| | : | |
| ARTEMIO JACOBO-MAGANA, | : | |
| | : | |
| Defendant. | : | **UNDER SEAL** |

## GOVERNMENT'S MOTION FOR CORRECT ARREST WARRANT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion for a corrected arrest warrant. Specifically, on April 23, 2026, the Honorable Magistrate Judge Sharbaugh signed an arrest warrant for the above-captioned Defendant. The date of birth listed on that warrant was incorrect. The Government respectfully requests that Magistrate Judge Sharbaugh sign the corrected arrest warrant, attached, in advance of the Defendant's anticipated arrest on Thursday morning.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Solomon S. Eppel*
SOLOMON S. EPPEL
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
Phone: (202) 252-6661
solomon.eppel@usdoj.gov



**RECEIVED**

MAY - 5 2026

Clerk, U.S. District and
Bankruptcy Courts